## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TMJ IMPLANTS, INC., d/b/a | ) | Case No. 10-24080-EEB |
| TMJ IMPLANTS INTERNATIONAL, | ) | Chapter 7 |
| INC., d/b/a TMJ IMPLANTS | ) | |
| WORLDWIDE, | ) | |
| _Debtor._ | ) | |

## TRUSTEE'S REPORT OF AUCTION

Joseph G. Rosania, the Chapter 7 trustee ("_Trustee_") of the bankruptcy estate of TMJ Implants, Inc. ("_Debtor_"), by his counsel, Connolly, Rosania & Lofstedt, P.C., hereby files this Report of Auction. In support hereof, Trustee states as follows:

1.      Pursuant to Fed.R.Bankr.P. 6004(f)(1) and in accordance with the Court's Order entered on August 27, 2010, Trustee conducted a public auction of the Property to be sold pursuant to the Purchase and Sale Agreement dated June 24, 2010 by and between Trustee and CV Intermountain Holdings, LLC ("_Buyer_") as amended by the parties. The auction was held on Monday, August 30, 2010 commencing at 1:30 p.m. at the offices of Connolly, Rosania & Lofstedt, P.C. Trustee presided over the auction.

2.      There were two qualified bidders at the auction. There were ten qualifying overbids submitted to Trustee. Trustee accepted the highest bid of $455,000 made by CV Intermountain Holdings, LLC. A copy of the accepted bid is attached hereto as **Exhibit A**.

3.      The auction sale is subject to entry of a Court order approving the sale and authorizing Trustee to sell the Property pursuant to 11 U.S.C. § 363(b) and(f). Trustee filed an amended motion for such approval (Docket #58) and the objection deadline was September 1, 2010. No objections were filed and Trustee will file a certificate of non-contested matter requesting that an order approving the sale be entered.

Dated: September 2, 2010.

Respectfully submitted,

CONNOLLY, ROSANIA & LOFSTEDT, P.C.

By:    /s/ Joli A. Lofstedt
       Joli A. Lofstedt, Esq. (#21946)
       950 Spruce Street, Suite 1C
       Louisville, CO  80027
       Phone: (303) 661-9292
       Fax: (303) 661-9555
       joli@crlpc.com

*Counsel to Joseph G. Rosania, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 2, 2010, I served by prepaid first class mail a copy of the documents entitled **TRUSTEE'S REPORT OF AUCTION** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and these L.B.R. at the following addresses:

US Trustee
Attn: Alison Goldenberg, Esq.
999 18th St., Ste. 1551
Denver, CO 80202

Joseph G. Rosania, Trustee
950 Spruce St., Ste. 1 C
Louisville, CO 80027
(hand delivered)

Andrew Snyder
8400 E. Prentice Ave.
Ste. PH1500
Greenwood Village, CO 80111

TMJ Implants, Inc.
17301 West Colfax Ave., Ste. 135
Golden, CO 80401

Harry L. Simon
Harry L. Simon, PC
Attorneys for PNC Equipment Finance, LLC
7100 E. Hampden Ave.
Denver, CO 80224

Chad S. Caby
Rothgerber, Johnson & Lyons, LLC
Attorneys for FirstBank of Arvada
One Tabor Center, Ste. 3000
Denver, CO 80202-5855

Preferred Leasing, LLC
Attn: Tom Palmer, Reg. Agent
34 Wright Ct.
Lakewood, CO 80228

DMG Chicago Inc.
Corporation Service Company, Reg. Agent
2711 Wilmington, DE 19808

2

Preferred Leasing, LLC
7717 West 6th Ave.
Lakewood, CO 80214

Frederick L. Ginsberg
Attorney for Colorado Capital Bank
PO Box 697
Parker, CO 80134

Michael Van Norstrand
Attorney for Valley Bank and Trust
4900 E. Bromley Lane
Brighton, CO 80601

Donald D. Allen
Markus Williams Young & Zimmerman LLC
Attorneys for CV Intermountain Holdings LLC
1700 Lincoln St., Ste. 4000
Denver, CO 80203

DMG Chicago Inc.
Attn/ Thomas Bone
265 Spring Lake Dr.
UAS-Itasca, IL 60143

Douglas D. Koktavy
DOUGLAS D. KOKTAVY, P.C.
Attorneys for TCF Equipment Finance, Inc.
3515 S. Tamarac Dr., Suite 200
Denver, CO 80237
Eric Butler
Assistant County Attorney
100 Jefferson County Pkwy
Golden, CO 80419-5500

Jennifer N Lippman
370 17th Street
Suite 4700
Denver, CO 80202-5647

/s/ Tami Childers
Tami Childers, Legal Assistant

3

## BID FORM FOR TMJ IMPLANTS, INC. AUCTION
### AUGUST 30, 2010

CV Intermountain Holdings, LLC ("Bidder") hereby offers to purchase the Property as defined in the Purchase and Sale Agreement dated June 24, 2010, as amended (the "*PSA*"), by and between JOSEPH G. ROSANIA, Chapter 7 Trustee ("*Trustee*") of TMJ Implants, Inc. ("*Debtor*") and CV INTERMOUNTAIN HOLDINGS, LLC ("*Buyer*") for the price of:

$ 455,000

By executing this Bid Form, Bidder acknowledges that Bidder has read the PSA and agrees: (i) to be bound by the terms and conditions set forth in the PSA, as amended; (ii) that, if this bid is accepted, Bidder is obligated to close the purchase transaction with Trustee on the Closing Date at a time and place to be determined by Trustee (as defined in the PSA, as amended); and (iii) that, if Bidder fails to timely close the purchase transaction as provided in the PSA, as amended, Bidder will be in default, Bidder's earnest money will be forfeited and Trustee will be free to sell the Property to the next highest bidder then willing and able to close.

Bidder and Trustee acknowledge that pursuant to § 4 of the PSA, the bid price set forth above will be credited in the amount of **$107,803.00** for the amount of the receivables collected by Trustee after the date of the PSA.

BIDDER

By: _____

Name: _Jared Crocker_

Title: _Pres CVI_

ACCEPTED AS HIGHEST AND BEST BID:

_____ Trustee

Joseph G. Rosania, Chapter 7 Trustee
of the bankruptcy estate of TMJ Implants, Inc.

Exhibit A